FILED

2018 DEC -6 PM 12:39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America  PLAINTIFF(S)  v.  GREGORY DAVID WERBER  DEFENDANT(S). | CASE NUMBER **MJ 18-3235**  ~~MJ18-5280~~  **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: DEA SA Anthony Delvecchio
in the Western District of Washington on 12/4/2018
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about November 29, 2018
in violation of Title 18 U.S.C., Section(s) 1956(a)(3)(B), 1956(a)(3)(C), 2
to wit: _____

A warrant for defendant's arrest was issued by: US Magistrate Judge Theresa L. Fricke

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 12-6-18, by

Kymberli Clark, Deputy Clerk.

Signature of Agent

Print Name of Agent: Anthony G. Mitchell

Agency: DEA

Title: Special Agent