FILED
2018 DEC -5 PM 12:05

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| --- | --- |
| V. PLAINTIFF | MJ 18-5280 |
| Gregory David Werber | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | MJ 18-3235 |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 12-5-18 at 6:45    ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 1956 Sections 1956(a)(3)(B), 1956(a)(3)(C) and 2

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: English

7. Year of Birth: 1962

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: Unknown    Phone Number: _____

9. Name of Pretrial Services Officer notified: Devin Thompkins

10. Remarks (if any): _____

11. Name: SA Anthony G. Mitchell    (please print)

12. Office Phone Number: 213-576-9866    13. Agency: DEA

14. Signature: /s/    15. Date: 12-6-18

CR-64 (05/18)    REPORT COMMENCING CRIMINAL ACTION